TOWN OF SOUTH WINDSOR *v.* SOUTH WINDSOR POLICE UNION LOCAL 1480, COUNCIL 15, AFSCME, AFL-CIO

The defendant's petition for certification for appeal from the Appellate Court, 57 Conn. App. 490 (AC 18222), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the arbitrators' award should be vacated on the ground of an important and clearly defined public policy?"

The Supreme Court docket number is SC 16338.

*Eric R. Brown*, in support of the petition.

Decided June 29, 2000